[No. 12183–2–II.   Division Two.   November 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM DEAN SONGER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 88–1–00278–9, Thomas L. Lodge, J., entered July 14, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12132–8–II.   Division Two.   November 17, 1989.]

TRANSAMERICA INSURANCE COMPANY, ET AL, *Respondents,* v. TRUCK INSURANCE EXCHANGE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–00468–3, Rosanne Buckner, J., entered July 18, 1988. *Reversed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Reed, J.

[No. 12133–6–II.   Division Two.   November 17, 1989.]

DONALD W. CRISMAN, *Appellant,* v. PIERCE COUNTY FIRE PROTECTION DISTRICT NO. 2, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–05845–5, D. Gary Steiner, J., entered June 17, 1988. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Schumacher and Utter, JJ. Pro Tem.